LAWRENCE J. HILTON (State Bar No. 156524)
lhilton@onellp.com
ROBERT D. HUNT (State Bar No. 247802)
rhunt@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

Attorneys for Plaintiff
MEINEKE FRANCHISOR SPV LLC and
ECONO LUBE FRANCHISOR SPV LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, a Delaware limited liability company, ECONO LUBE FRANCHISOR SPV LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>SHARIF ATTA, a/k/a SHARIF MATTA; an individual,<br><br>Defendant. | Case No.: 8:18−cv−01205−JVS−ADS<br><br>Hon. James V. Selna<br><br>**JUDGMENT** |

| 1 | This Action came before the Court. The issues have been heard, and a decision has been rendered. |
|---|---|

1   This Action came before the Court. The issues have been heard, and a
2   decision has been rendered.
3   　　IT IS HEREBY ORDERED AND ADJUDGED:
4   　　Default Judgment is hereby entered for Plaintiffs Meineke Franchisor SPV,
5   LLC ("Meineke") and Econo Lube Franchisor SPV, LLC ("Econo Lube") (together
6   "Plaintiffs") against Defendant Sharif Atta a/k/a Sharif Matta ("Defendant").
7   Defendant is indebted to Plaintiffs as follows:
8   　　1.　　Defendant is indebted to Meineke for compensatory damages in the
9   amount of $139,367.08;
10  　　2.　　Defendant is indebted to Econo Lube for compensatory damages in the
11  amount of $102,032.27; and
12  　　3.　　Defendant is indebted to Plaintiffs for attorneys' fees in the amount of
13  $8,427.99 and for costs in the amount of $2,005.48.

　　IT IS SO ORDERED.

Dated: April 25, 2019

_____
United States District Court Judge
James V Selna